UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
CORBETT, ANGELA M.                  §    Case No. 13-43658
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - ANGELA CORBETT
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 13-43658 DRC Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | CORBETT, ANGELA M. | | | Date Filed (f) or Converted (c): | 11/08/13 (f) |
| | | | | 341(a) Meeting Date: | 12/02/13 |
| For Period Ending: 09/16/14 | | | | Claims Bar Date: | 04/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1214 Brigham Way Geneva, IL 60134 Zillow Value: | 720,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Kane County Teacher's Credit Union Checking | 560.00 | 0.00 | | 0.00 | FA |
| 4. Various & Sundry Home Furnishing; TV's, Thomasvill | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 3 lladros | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings x 2; diamond emerald necklace | 5,000.00 | 8,500.00 | | 7,300.00 | FA |
| 8. TRS Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Estragned husband in divorce: Owes attorneys fees | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2012 federal tax refund, if any | 0.00 | 3,123.00 | | 3,123.00 | FA |
| 11. 2001 Saturn SL 135,000 Poor condition | 500.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Hyundai Sonata 96,000 miles fair condition | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 1 bird | 0.00 | 0.00 | | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 18.01

FORM 1 - ANGELA CORBETT
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 13-43658    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | CORBETT, ANGELA M. | Date Filed (f) or Converted (c): | 11/08/13 (f) |
| | | 341(a) Meeting Date: | 12/02/13 |
| | | Claims Bar Date: | 04/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2013 Federal Tax Refund (u) | 0.00 | 587.00 | | 691.00 | FA |

TOTALS (Excluding Unknown Values)    $735,060.00    $12,210.00        $11,114.00    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered Debtor's 2012 and 2013 Income Tax Refunds as well as sold three pieces of Debtor's jewelry per Court
Order. Trustee recovered approximately $11,000.00 for the Estate.

Initial Projected Date of Final Report (TFR): 09/01/14    Current Projected Date of Final Report (TFR): 09/01/14


        /s/    Elizabeth C. Berg
_____ Date: 09/16/14
        ELIZABETH C. BERG

FORM 2 - ANGELA CORBETT

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-43658 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | CORBETT, ANGELA M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6065 Checking Account |
| Taxpayer ID No: | *******3192 | | |
| For Period Ending: | 09/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/14 | 10 | UNITED STATES TREASURY<br>KANSAS CITY, MO | 2012 FEDERAL TAX REFUND | 1124-000 | 3,123.00 | | 3,123.00 |
| 01/29/14 | 7 | NORTHSTAR JEWELRY & LOAN, LLC<br>135 MILWAUKEE AVENUE<br>WHEELING, IL 60090 | SALE OF DEBTOR'S JEWELRY | 1129-000 | 7,300.00 | | 10,423.00 |
| 01/30/14 | 001001 | ANGELA CORBETT<br>c/o CHRISTOPHER N. ACKERET<br>DEBT & INJURY LAW CENTER<br>ONE N. LASALLE STREET, SUITE 450<br>CHICAGO, IL 60602 | DEBTOR'S EXEMPTION - JEWELRY<br>Debtor's Exemption in Rings and Necklace | 8100-002 | | 1,340.00 | 9,083.00 |
| 02/06/14 | 001002 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 6.23 | 9,076.77 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,066.77 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.88 | 9,053.89 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.46 | 9,040.43 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.01 | 9,027.42 |
| 06/03/14 | 14 | UNITED STATES TREASURY | 2013 FEDERAL TAX REFUND | 1224-000 | 691.00 | | 9,718.42 |
| | | | Page Subtotals | | 11,114.00 | 1,395.58 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.01

FORM 2   ANGELA CORBETT
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-43658 -DRC | Trustee Name: | Elizabeth C. Berg |
| Case Name: | CORBETT, ANGELA M. | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6065  Checking Account |
| Taxpayer ID No: | *******3192 |  |  |
| For Period Ending: | 09/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | KANSAS CITY, MO |  |  |  |  |  |
| 06/04/14 | 001003 | ANGELA CORBETT<br>c/o CHRISTOPHER N. ACKERET<br>DEBT & INJURY LAW CENTER<br>ONE N. LASALLE STREET, SUITE 450<br>CHICAGO, IL 60602 | 2013 TAX REUND - DEBTOR'S PORTION<br>DEBTOR'S POST-PETITION PRORATED<br>PORTION OF 2013 FEDERAL TAX REFUND | 8100-000 |  | 104.00 | 9,614.42 |
| 06/06/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 13.42 | 9,601.00 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 13.82 | 9,587.18 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 11,114.00 | 1,526.82 | 9,587.18 |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 11,114.00 | 1,526.82 |  |
|  | Less:  Payments to Debtors |  | 1,444.00 |  |
|  | Net | 11,114.00 | 82.82 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6065 | 11,114.00 | 82.82 | 9,587.18 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 11,114.00 | 82.82 | 9,587.18 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        131.24

| Page 1 | | EXHIBIT C - CORBETT<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 16, 2014 |

Case Number: 13-43658
Debtor Name: CORBETT, ANGELA M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,717.00 | $0.00 | $1,717.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $3,088.00 | $0.00 | $3,088.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $210.80 | $0.00 | $210.80 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Administrative | | $6.23 | $6.23 | $0.00 |
| 000002A<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $16,850.61 | $0.00 | $16,850.61 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $4,291.07 | $0.00 | $4,291.07 |
| 000002B<br>080<br>7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $5,096.85 | $0.00 | $5,096.85 |
| 000004<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $4,731.68 | $0.00 | $4,731.68 |
| 000005<br>070<br>7100-00 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Unsecured | | $176.71 | $0.00 | $176.71 |
| 000006<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From Barclays Bank<br>Delaware<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Visa Black Card | Unsecured | | $14,386.07 | $0.00 | $14,386.07 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $51,178.86 | $0.00 | $51,178.86 |

| Page 2 | | EXHIBIT C - CORBETT<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 16, 2014 |

Case Number: 13-43658  
Debtor Name: CORBETT, ANGELA M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of Soaring Capital, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,263.12 | $0.00 | $1,263.12 |
| 000009<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to GENERAL ELECTRIC CAPITAL CO<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,554.07 | $0.00 | $1,554.07 |
| 000003<br>050<br>4300-00 | Internal Revenue Service-<br>PO Box 7317<br>Philadelphia  PA | Secured | | $202,301.84 | $0.00 | $202,301.84 |
| | Case Totals: | | | $306,852.91 | $6.23 | $306,846.68 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-43658
Case Name: CORBETT, ANGELA M.
Trustee Name: Elizabeth C. Berg

Balance on hand    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Internal Revenue Service- | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | Cavalry SPV I, LLC | $ | $ | $ |
| 000005 | Von Maur | $ | $ | $ |
| 000006 | Jefferson Capital Systems LLC | $ | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | LVNV Funding, LLC its successors and assigns as | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to subordinated unsecured creditors  $_____

Remaining Balance  $_____