UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-43658 |
| Angela Corbett, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: October 10, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:        Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:            November 8, 2013

Period for Which
Compensation is sought:    November 8, 2013 to Close of Case

Amount of Fees sought:    $1,717.00*

Amount of Expense
Reimbursement sought:    $0.00

This is an:    Interim Application __        Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated:  September 18, 2014            Elizabeth C. Berg, Trustee of the Estate of
                        Angela Corbett, Debtor


                        By:    /s/Elizabeth C. Berg, Trustee
                            Elizabeth C. Berg, Trustee

*\* Trustee has incurred fees in the amount of $3,541.50 for 14.90 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-43658 |
| Angela Corbett | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: October 10, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Angela Corbett, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,717.00 as final compensation for her services rendered as trustee in this case from November 8, 2013 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on November 8, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The assets of the estate included an interest in the Debtor's 2012 and 2013 Federal and State Tax Refunds as well as an interest in the Debtor's non-exempt jewelry.

4. The bar date for filing non-governmental claims in this case was April 4, 2014 and the deadline for filing governmental claims was May 7, 2014.

**Prior Compensation**

5.  This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7.  Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from November 8, 2013 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A.  Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor under oath.

    B.  Trustee requested appraisals on the jewelry from the debtor and wanted to further investigate the jewelry's valuation. Trustee contacted a local jeweler and obtained a second appraisal on the jewelry. Trustee analyzed both appraisals and negotiated a settlement with Northstar Jewelry & Loan, LLC for the purchase of the jewelry. Trustee examined the property settlement in debtor's divorce and the estate's interest in the debtor's tax Refunds. Trustee demanded turnover of the debtor's 2012 and 2013 Federal and State Tax Refunds. Trustee collected approximately $11,114.00 from the sale of the debtor's jewelry and turnover of the debtor's tax refunds.

    C.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

2

      D.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

      E.    Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

      F.    Trustee prepared periodic reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

      G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $11,114.00 on behalf of the Estate. Trustee has made $ 1,526.82 in disbursements in this case as of the date hereof.

9. A copy of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B of the Trustee's Final Report which is filed simultaneously herewith.

## Compensation Requested

10. During the period covered by this Application, Trustee has spent 14.90 hours rendering services on behalf of this Estate with a value of $3,541.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $650.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,717.00 as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $4,670 | $  467.00 |
| Total allowable compensation | $ 1,717.00 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from November 8, 2013 through the closing of the case in the amount of $1,717.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

**Status of the Case**

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys are being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Angela Corbett, debtor(s), requests the entry of an order providing the following:

A.  Allowing to Trustee final compensation in the amount of $1,717.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 8, 2013 through the closing of this case ; and

B.  Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

C.  For such other and further relief as this Court deems appropriate.

Dated:  August 5, 2014                    Elizabeth C. Berg, as trustee of the estate
                                          of Angela Corbett, debtor


                                          By:___/s/___Elizabeth C. Berg, trustee___
                                                 Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**                **Angela Corbett, Debtor**
                                                   **Case No. 13-43658**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

## Invoice submitted to:

July 21, 2014
Invoice No:  02482

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Corbett - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/04/2013 | ECB | Review jewelry appraisals (.1) TC with Debtor's counsel Chris Ackeret re turnover of jewelry for appraisal (.2) Set up TR database for property of estate (.2) | 0.50 $325.00/ hr | $162.50 |
| 12/04/2013 | JMM | Drafted turnover letter to Debtor's counsel re: jewelry (.7) | 0.70 $175.00/ hr | $122.50 |
| 12/19/2013 | JMM | Review email from Debtor's Counsel re: Pickup of Jewelry (.1), Respond to Debtor's Counsel re: same (.1), Trip to Debtor's Counsel office (.3) | 0.50 $175.00/ hr | $87.50 |
| 12/26/2013 | ECB | TC w/ A. Corbett (.1) and Email (.2) to T.Campanale re: scheduling time with pawn shop colleague to obtain valuation for jewelry | 0.30 $325.00/ hr | $97.50 |
| 12/30/2013 | ECB | Meet with jeweler Ed Rohde for informal valuation of emerald pendant, diamond ring and sapphire ring (.5) Tc with same on value and negotiate private sale of jewelry (.2) | 0.70 $325.00/ hr | $227.50 |
| 12/31/2013 | ECB | Confer with counsel re prep of motion for private sale & retention motions | 0.20 $325.00/ hr | $65.00 |

**Baldi Berg, Ltd**                                                                    7/21/2014

Corbett - Trustee Matters                                                    Page    2

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/13/2014 | ECB | TC and email to debtor's counsel re status of turnover of 2012 income tax refund | 0.20<br>$325.00/ hr | $65.00 |
| 1/16/2014 | ECB | Email to D's counsel to arrange pickup of federal income tax refund check (.1) Make second request for production of state income tax returns and divorce pleadings (.1) Emails to D's counsel re discharge deadline (.1) and request for address for D's husband (.1) | 0.40<br>$325.00/ hr | $130.00 |
| 1/17/2014 | ECB | Review memo from counsel and arrange for detailed asset search on Debtor's husband and husband's business | 0.10<br>$325.00/ hr | $32.50 |
| 1/17/2014 | JMM | Conduct lexis background search on debtor's ex-husband and (.2), conduct same on Debtor's ex-husband business (.2) | 0.40<br>$175.00/ hr | $70.00 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 1/24/2014 | ECB | Obtain copy of signed court order authorizing sale (.1) and email buyer re sale approval and remittance of purchase price (.1) Email D's counsel re sale approval (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 1/29/2014 | JMM | Enter check into receipts log and deposit check into TCMS (.1), Electronically send check to bank for deposit (.1), | 0.20<br>$175.00/ hr | $35.00 |
| 1/30/2014 | JMM | Confirm Jewelry Exemption w/ Trustee (.1), Cut Check to Debtor re: same (.1), Draft Letter to Debtor's Counsel re: same (.5), Deliver check to Debtors' Counsel's Office (.1) | 0.80<br>$175.00/ hr | $140.00 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$325.00/ hr | $65.00 |

**Baldi Berg, Ltd**                                                                 7/21/2014

Corbett - Trustee Matters                                                    Page    3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 2/10/2014 | ECB | Open and approve Jan14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/11/2014 | ECB | Open and review Mar14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/14/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/15/2014 | ECB | TC with creditor regarding motion to lift stay; Review file and advise counsel of no objection to same | 0.20<br>$325.00/ hr | $65.00 |
| 4/30/2014 | JMM | Draft email to Debtor's counsel re: Demand for Turnover of Debtor's 2013 Tax Returns (.2) | 0.20<br>$175.00/ hr | $35.00 |
| 5/05/2014 | ECB | Review Debtor's 2013 federal and state income tax returns and calculate allocation of refund between estate and debtor (.3) Memo to counsel re method of calculation and demand for turnover of same (.3) | 0.60<br>$325.00/ hr | $195.00 |
| 5/13/2014 | ECB | Open and approve April 2014 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 5/13/2014 | JMM | Process April 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                              7/21/2014

Corbett - Trustee Matters                                                    Page     4

---

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 5/20/2014 | ECB | Review status of turnover of 2013 refund and confer with JMM re follow up on same (,1) Email JDL re IRS confirmation of mailing of refund (.1) | 0.20 $325.00/ hr | $65.00 |
| 6/03/2014 | ECB | Review tax claims of IDOR (.2) and IRS (.3) | 0.50 $325.00/ hr | $162.50 |
| 6/03/2014 | ECB | Review and approve administrative claims and update TR database re same (.5). TC accountant to confirm no need to file tax return (.2) | 0.70 $325.00/ hr | $227.50 |
| 6/03/2014 | ECB | Email D's counsel re turnover of 2013 income tax (.1), Review case docket in connection with case closing (.2) | 0.30 $325.00/ hr | $97.50 |
| 6/04/2014 | JMM | Cut check for Debtor's prorated portion of 2013 Federal Tax Refund (.1), Draft Letter to Debtor's Counsel re: same (.4) | 0.50 $175.00/ hr | $87.50 |
| 6/06/2014 | ECB | Open and review May '14 bank statements | 0.10 $325.00/ hr | $32.50 |
| 6/09/2014 | JMM | Process May 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 6/11/2014 | ECB | Confer with staff re claim allowance and prep of TFR package | 0.20 $325.00/ hr | $65.00 |
| 7/10/2014 | JMM | Review case file for information needed to prepare TFR and related documents (.4); Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (1.0); and NFR (.4); Review and edit Trustee Final Report Package (.5) | 3.80 $175.00/ hr | $665.00 |
| 7/16/2014 | ECB | Review and approve June '14 Bank Statement | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**  7/21/2014

Corbett - Trustee Matters  Page    5

---

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/17/2014 | JMM | Process June 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

|  |  |
|---|---|
| Total Fees | $3,541.50 |
| Total New Charges | $3,541.50 |
| Previous Balance | $0.00 |
| Balance Due | $3,541.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 6.20 | $325.00 |
| Jason M Manola | 8.50 | $175.00 |
| Ricki K Podorovsky | 0.20 | $195.00 |
| | 14.90 (handwritten) | |

**Trustee's Final Fee Application**  **Angela Corbett, Debtor**
**Case No. 13-43658**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Angela Corbett, | ) | Case No. 13-43658 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on July 31, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**