# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CORBETT, ANGELA M. § Case No. 13-43658
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on October 10, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CORBETT, ANGELA M. § Case No. 13-43658
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,114.00 |
| and approved disbursements of | $ | 1,526.82 |
| leaving a balance on hand of[1] | $ | 9,587.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Internal Revenue Service- | $ 202,301.84 | $ 202,301.84 | $ 0.00 | $ 4,571.38 |
| | Total to be paid to secured creditors | | | $ | 4,571.38 |
| | Remaining Balance | | | $ | 5,015.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 1,717.00 | $ 0.00 | $ 1,717.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 3,088.00 | $ 0.00 | $ 3,088.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 210.80 | $ 0.00 | $ 210.80 |
| Other: International Sureties, Ltd. | $ 6.23 | $ 6.23 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,015.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

    Remaining Balance      $      0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,850.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue | $ 16,850.61 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $      0.00

    Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,581.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 4,291.07 | $ 0.00 | $ 0.00 |
| 000004 | Cavalry SPV I, LLC | $ 4,731.68 | $ 0.00 | $ 0.00 |
| 000005 | Von Maur | $ 176.71 | $ 0.00 | $ 0.00 |
| 000006 | Jefferson Capital Systems LLC | $ 14,386.07 | $ 0.00 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 51,178.86 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | LVNV Funding, LLC its successors and assigns as | $ 1,263.12 | $ 0.00 | $ 0.00 |
| 000009 | Portfolio Recovery Associates, LLC | $ 1,554.07 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 5,096.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Revenue | $ 5,096.85 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-43658-DRC
Angela M. Corbett                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: mhenley              Page 1 of 2              Date Rcvd: Sep 19, 2014
                               Form ID: pdf006            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2014.
```
db             +Angela M. Corbett,    1214 Brigham Way,    Geneva, IL 60134-2924
aty            +Baldi Berg & Wallace, Ltd,    20 N. Clark Street,    Suite 200,    Chicago, IL 60602-4120,    COOK
21203385       +Activity Collection Services,    664 N. Milwaukee Ave.,    Prospect Heights, IL 60070-2300
21203387        American Express,   Attn: Bankruptcy Dept.,    PO Box 981537,    El Paso, TX 79998-1537
21639636        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21203389       +Athletic & Therapeutic Inst.,    PO Box 371863,    Pittsburgh, PA 15250-7863
21203391      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
21203392       +Bank of America c/o,    Hauselman Rappin & Olswang,    39 S. LaSalle St., Sutie 1105,
                 Chicago, IL 60603-1603
21203393       +Barclays Bank Delaware,    700 Pride Crossing,    Newark, DE 19713-6102
21203394       +Blatt,Hasenmiller,Leibsker & Moore,    125 South Wacker, Suite 400,    Chicago, IL 60606-4440
21203395       +Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
21203396        Bob Corbett,    1631 Sunnyside,    Chicago, IL 60640
21203397       +CBA Collection Bureau of A,    25954 Eden Landing Rd.,    First Floor,    Hayward, CA 94545-3816
21203398        Central Dupage Hospital,    PO box 4090,    Carol Stream, IL 60197-4090
21203399        Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
21203400       +Children's Hospital of Chicago,    Attn: Bankrutpcy Dept.,    PO Box 4051,
                 Carol Stream, IL 60197-4051
21203401       +Citibank,   Attn: Bankruptcy Dept.,    PO Box 769006,    San Antonio, TX 78245-9006
21203402        Citibank/Home Depot,    PO Box 6297,    Sioux Falls, SD 57117
21203403       +Codilis & Associates,    15W030 North Frontage Rd.,    Willowbrook, IL 60527-6921
21203404        Comcast,   Attn: Bankruptcy Dept.,    PO Box 3001,    Southeastern, PA 19398-3001
21203405       +Comcast - Indiana address,    919 E. Winona Ave., Ste. 1,    Warsaw, IN 46580-4599
21203406       +Delnor Community Hospital,    300 Randall Rd,,    Geneva, IL 60134-4202
21203407       +Dennis Cross c/o,    Michael D. Hovde,    108 S. Third St., Suite 1,
                 Bloomingdale, IL 60108-2912
21203408       +Dreyer Medical,    2500 West Fabyan Parkway,    Batavia, IL 60510-1572
21203409        Dreyer Medical Group,    PO Box 105173,    Atlanta, GA 30348-5173
21203410       +FIA Card Services,    PO Box 27288,    Tempe, AZ 85285-7288
21203411       +Fox Valley Family Physicians,    2425 Fargo Blvd,    Geneva, IL 60134-3588
21203414       +Geneva Public Works,    1800 South St,    Geneva, IL 60134-2547
21203415       +H&I Decorating Inc.,    1125 Paramount Pkwy,    Batavia, IL 60510-4402
21203417       +Harris Bank,    P.O. Box 94034,    Palatine, IL 60094-4034
21412202        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
21203418        Illinois Department of Revenue,    Office Collection Section,    PO Box 64449,
                 Chicago, IL 60664-0449
21203419        Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
21203422       +Klein Daday Aretos & O'Donoghue,    1 N. LaSalle St., Suite 450,    Chicago, IL 60602-3985
21203423       +Loberg, Miki & O'Brien, LLP,    514 W. State St., Suite 202,    Geneva, IL 60134-2171
21203425        Melanie Cross c/o,    Michael D.Hovde,    108 S. Third St., Suite 1,
                 Bloomingdale, IL 60108-2912
21203426       +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W. Jackson Blvd,
                 Chicago, IL 60606-6914
21203428       +Midwest Ear Nose Throat,    3 E Huron St,    Chicago, IL 60611-3858
21203429       +Midwest Orthopedics at Rush,    1611 West Harrison Street,    Chicago, IL 60612-4861
21203431        Nicole A. Miller c/o,    Michael D. Hovde,    108 S. Third St., Suite 1,
                 Bloomingdale, IL 60108-2912
21203433      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    Attn: Bankruptcy Dept,
                 120 Corporate Blvd. Ste 100,    Norfolk, VA 23502)
21203434       +R&B Receivables Mgmt,    860 S. Northpoint Blvd,    Waukegan, IL 60085-8201
21203435       +State Collections Services,    Attn: Bankruptcy Dept.,    2509 S. Stoughton Rd.,
                 Madison, WI 53716-3314
21203436        Target National Bank,    c/o Target Credit Services,    PO Box Box 530942,
                 Minneapolis, MN 55440-0673
21203437       +Valley Emergency Care Inc,    300 Randall Rd,    Geneva, IL 60134-4200
21203438        Wells Fargo Financial Cards,    Attn: Bankruptcy Dept.,    PO Box 5445,    Portland, OR 97228
21203439        Winfield Labratory Consultants,    25 Winfield Rd,    Winfield, IL 60190
21203440        Zwicker & Associates, P.C.,    7633 N. Lincoln Ave,    Lincolnwood, IL 60712
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21203386       +E-mail/PDF: recoverybankruptcy@afninet.com Sep 20 2014 01:13:03      AFNI,   404 Brock Dr.,
                 Bloomington, IL 61701-2654
21203388        E-mail/Text: g17768@att.com Sep 20 2014 01:00:10      AT&T,   Attn: Bankruptcy Dept.,
                 PO Box 8100,    Aurora, IL 60507-8100
21203390       +E-mail/Text: sofie.skalicky@atipt.com Sep 20 2014 01:00:42      ATI Physical Therapy,
                 790 Remington Blvd,    Bolingbrook, IL 60440-4909
21388685        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2014 01:12:38
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
21436315       +E-mail/Text: bankruptcy@cavps.com Sep 20 2014 01:01:44      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
```

```
District/off: 0752-1          User: mhenley              Page 2 of 2                  Date Rcvd: Sep 19, 2014
                              Form ID: pdf006            Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
21203412       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2014 01:12:57      GECRB / Sam's Club,
                 PO Box 965005,    Orlando, FL 32896-5005
21203413       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2014 01:11:56      GECRB/Grants Appliance,
                 CO POB BOX 965306,    Orlando, FL 32896-0001
21203416       +E-mail/Text: bankruptcy@hraccounts.com Sep 20 2014 01:00:19      H&R Accounts, Inc.,
                 7017 John Deere Pkwy,    Moline, IL 61265-8072
21203420        E-mail/Text: cio.bncmail@irs.gov Sep 20 2014 01:00:30      Internal Revenue Service,
                 Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
21515104       +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Sep 20 2014 01:01:41
                 Jefferson Capital Systems LLC,    Purchased From Barclays Bank Delaware,    Po Box 7999,
                 Saint Cloud Mn 56302-7999,    Orig By: Visa Black Card
21203424       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2014 01:14:03      LVNV Funding LLC,
                 Attn: Bankruptcy Dept.,    PO Box 10497,    Greenville, SC 29603-0497
21666583        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2014 01:12:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Soaring Capital, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21203427       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2014 01:01:10      Midland Funding,    8875 Aero Dr.,
                 Ste. 200,    San Diego, CA 92123-2255
21203430       +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 20 2014 01:01:28
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive, Suite 300,    Matteson, IL 60443-2238
21203432        E-mail/Text: bankrup@aglresources.com Sep 20 2014 01:00:00      Nicor,    Attn: Bankruptcy Dept,
                 PO Box 2020,    Aurora, IL 60507-2020
21444944       +E-mail/Text: bankruptcy@hraccounts.com Sep 20 2014 01:00:19      Von Maur,
                 C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21203421*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
21728353*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,
                 successor to GENERAL ELECTRIC CAPITAL CO,    POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2014 at the address(es) listed below:
```
              Christopher J Stasko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S12 ND-Four@il.cslegal.com
              Christopher N. Ackeret    on behalf of Debtor Angela M. Corbett chris@debtandinjurylaw.com,
               cackeret@skdaglaw.com
              Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```