UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CORBETT, ANGELA M. § Case No. 13-43658
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANGELA CORBETT |  |  |  |
| ANGELA CORBETT |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America c/o Hauselman Rappin & Olswang 39 S. LaSalle St., Sutie 1105 Chicago, IL 60603 | | | | | |
| | Chase Home Finance PO Box 78420 Phoenix, AZ 85062-8420 | | | | | |
| | Citibank Attn: Bankruptcy Dept. PO Box 769006 San Antonio, TX 78245 | | | | | |
| | H&I Decorating Inc. 1125 Paramount Pkwy Batavia, IL 60510 | | | | | |
| | Nicole A. Miller c/o Michael D. Hovde 108 S. Third St., Suite 1 Bloomingdale, IL 60108-2912 | | | | | |
| 000003 | IRS | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems, Inc. 600 Holiday Plaza Drive, Suite 300 Matteson, IL 60443 | | | | | |
| 000002A | IDOR - BANKRUPTCY SECTION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI 404 Brock Dr. Bloomington, IL 61701 | | | | | |
| | Activity Collection Services 664 N. Milwaukee Ave. Prospect Heights, IL 60070 | | | | | |
| | Athletic & Therapeutic Inst. PO Box 371863 Pittsburgh, PA 15250-7863 | | | | | |
| | CBA Collection Bureau of A 25954 Eden Landing Rd. First Floor Hayward, CA 94545-3899 | | | | | |
| | Central Dupage Hospital PO box 4090 Carol Stream, IL 60197-4090 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Children's Hospital of Chicago Attn: Bankrutpcy Dept. PO Box 4051 Carol Stream, IL 60197 | | | | | |
| | Comcast Attn: Bankruptcy Dept. PO Box 3001 Southeastern, PA 19398-3001 | | | | | |
| | Dreyer Medical Group PO Box 105173 Atlanta, GA 30348-5173 | | | | | |
| | Fox Valley Family Physicians 2425 Fargo Blvd Geneva, IL 60134 | | | | | |
| | GECRB / Sam's Club PO Box 965005 Orlando, FL 32896 | | | | | |
| | Geneva Public Works 1800 South St Geneva, IL 60134 | | | | | |
| | Harris Bank P.O. Box 94034 Palatine, IL 60094 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Klein Daday Aretos & O'Donoghue 1 N. LaSalle St., Suite 450 Chicago, IL 60602 | | | | | |
| | Loberg, Miki & O'Brien, LLP 514 W. State St., Suite 202 Geneva, IL 60134 | | | | | |
| | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W. Jackson Blvd Chicago, IL 60606-6908 | | | | | |
| | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W. Jackson Blvd Chicago, IL 60606-6908 | | | | | |
| | Midland Funding 8875 Aero Dr. Ste. 200 San Diego, CA 92123 | | | | | |
| | Nicor Attn: Bankruptcy Dept PO Box 2020 Aurora, IL 60507-2020 | | | | | |
| | R&B Receivables Mgmt 860 S. Northpoint Blvd Waukegan, IL 60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Collections Services Attn: Bankruptcy Dept. 2509 S. Stoughton Rd. Madison, WI 53716 | | | | | |
| | Winfield Labratory Consultants 25 Winfield Rd Winfield, IL 60190 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAVALRY SPV I, LLC | | | | | |
| 000006 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000008 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | VON MAUR | | | | | |
| 000002B | IDOR - BANKRUPTCY SECTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - ANGELA M. CORBETT
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No.: | 13-43658 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | CORBETT, ANGELA M. | Date Filed (f) or Converted (c): | 11/08/13 (f) |
| | | 341(a) Meeting Date: | 12/02/13 |
| For Period Ending: | 09/30/14 (1st reporting period for this case) | Claims Bar Date: | 04/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1214 Brigham Way Geneva, IL 60134 Zillow Value: | 720,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Kane County Teacher's Credit Union Checking | 560.00 | 0.00 | | 0.00 | FA |
| 4. Various & Sundry Home Furnishing; TV's, Thomasvill | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 3 lladros | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings x 2; diamond emerald necklace | 5,000.00 | 8,500.00 | | 7,300.00 | FA |
| 8. TRS Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Estragned husband in divorce: Owes attorneys fees | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2012 federal tax refund, if any | 0.00 | 3,123.00 | | 3,123.00 | FA |
| 11. 2001 Saturn SL 135,000 Poor condition | 500.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Hyundai Sonata 96,000 miles fair condition | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 1 bird | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03a

FORM 1 - ANGELA M. CORBETT
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-43658 DRC Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | CORBETT, ANGELA M. | | | Date Filed (f) or Converted (c): | 11/08/13 (f) |
| | | | | 341(a) Meeting Date: | 12/02/13 |
| | | | | Claims Bar Date: | 04/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2013 Federal Tax Refund (u) | 0.00 | 587.00 | | 691.00 | FA |
| TOTALS (Excluding Unknown Values) | $735,060.00 | $12,210.00 | | $11,114.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered Debtor's 2012 and 2013 Income Tax Refunds as well as sold three pieces of Debtor's jewelry per Court Order. Trustee recovered approximately $11,000.00 for the Estate. Trustee has filed her Final Report in the case and disbursed funds. Trustee is preparing to close the case.

Initial Projected Date of Final Report (TFR): 09/01/14     Current Projected Date of Final Report (TFR): 09/01/14

/s/ Elizabeth C. Berg
_____  Date: 10/31/14
ELIZABETH C. BERG

FORM 2 - ANGELA M. CORBETT

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-43658 -DRC | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | CORBETT, ANGELA M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6065 Checking Account |
| Taxpayer ID No: | *******3192 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/14 | 10 | UNITED STATES TREASURY<br>KANSAS CITY, MO | 2012 FEDERAL TAX REFUND | 1124-000 | 3,123.00 | | 3,123.00 |
| 01/29/14 | 7 | NORTHSTAR JEWELRY & LOAN, LLC<br>135 MILWAUKEE AVENUE<br>WHEELING, IL 60090 | SALE OF DEBTOR'S JEWELRY | 1129-000 | 7,300.00 | | 10,423.00 |
| 01/30/14 | 001001 | ANGELA CORBETT<br>c/o CHRISTOPHER N. ACKERET<br>DEBT & INJURY LAW CENTER<br>ONE N. LASALLE STREET, SUITE 450<br>CHICAGO, IL 60602 | DEBTOR'S EXEMPTION - JEWELRY<br>Debtor's Exemption in Rings and Necklace | 8100-002 | | 1,340.00 | 9,083.00 |
| 02/06/14 | 001002 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 6.23 | 9,076.77 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,066.77 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.88 | 9,053.89 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.46 | 9,040.43 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.01 | 9,027.42 |
| 06/03/14 | 14 | UNITED STATES TREASURY | 2013 FEDERAL TAX REFUND | 1224-000 | 691.00 | | 9,718.42 |
| | | | Page Subtotals | | 11,114.00 | 1,395.58 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2 - ANGELA M. CORBETT

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-43658 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | CORBETT, ANGELA M. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6065 Checking Account |
| Taxpayer ID No: | *******3192 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | KANSAS CITY, MO | | | | | |
| 06/04/14 | 001003 | ANGELA CORBETT c/o CHRISTOPHER N. ACKERET DEBT & INJURY LAW CENTER ONE N. LASALLE STREET, SUITE 450 CHICAGO, IL 60602 | 2013 TAX REUND - DEBTOR'S PORTION DEBTOR'S POST-PETITION PRORATED PORTION OF 2013 FEDERAL TAX REFUND | 8100-000 | | 104.00 | 9,614.42 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.42 | 9,601.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.82 | 9,587.18 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 11,114.00 | 1,526.82 | 9,587.18 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,114.00 | 1,526.82 | |
| Less: Payments to Debtors | | 1,444.00 | |
| Net | 11,114.00 | 82.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6065 | 11,114.00 | 82.82 | 9,587.18 |
| | ------------------- | ------------------- | ------------------- |
| | 11,114.00 | 82.82 | 9,587.18 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    131.24

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*