UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Angela M. Corbett, | ) | Case No. 13 B 43658 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Donald R. Cassling |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE** previously filed on December 3, 2014 **(Document #39)** is withdrawn.   It is withdrawn because the document was filed in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on December 3, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on December 3, 2014.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Elizabeth C. Berg
bergtrustee@baldiberg.com

Christopher J. Stasko
ND-Four@il.cslegal.com

Christopher N. Ackeret
chris@debtandinjurylaw.com

**Parties Served via First Class Mail:**

**Angela M. Corbett**
1214 Brigham Way
Geneva, IL   60134